FILED

JAN 28 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8071

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| vs. | 21 U.S.C. § 952 and 960 |
| Jose Maria SOTO-Basilio | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about January 26, 2008, within the Southern District of California, defendant Jose SOTO-Basilio, did knowingly and intentionally import approximately 23.56 kilograms of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Donald E. Webster, Special Agent
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, January 28, 2008.

_____
Peter C. Lewis
U.S. MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I, Special Agent Donald E. Webster, declare under penalty of perjury, the following is true and correct:

On January 26, 2008, Jose Maria SOTO-Basilio entered the United States through the Calexico, California West Port of Entry. SOTO was the driver and sole occupant of a 1998 Mazda 626 LX sedan, bearing BAMX- license plate BEA6617. Customs and Border Patrol Officer Kjellberg asked SOTO if he was the owner of the vehicle. SOTO stated he was and has owned it for eight months. Officer Kjellberg asked for and received the vehicle registration. The officer noted the vehicle was registered on January 22, 2008. During questioning, SOTO was very nervous as in stuttering in response to questions and shifting eye contact. Officer Kjellberg referred the vehicle into secondary for further inspection.

In secondary inspection, Customs Enforcement Officer/K9 Barela and his HNDD Astrix were working the secondary inspection lot. Astrix went directly to the door of SOTO's vehicle and showed interest. SOTO was removed from the vehicle and Astrix alerted to the glove box area of the dashboard. Officers subsequently discovered 20 clear cellophane wrapped packages with a combined weight of 23.56 kilos, inside a non-factory compartment inside the dashboard. A random package was probed and a white powdery substance was extracted and field tested positive for Cocaine.

/
/
/
/
/

1  SOTO was arrested in violation of Title 21 United States Code (USC) 952 &
2  960, Importation of a Controlled Substance. SOTO acknowledged and invoked his
3  right to remain silent.

6  Executed on January 27, 2008 at 1230 hours.

*[signature]*
Donald E. Webster, SPECIAL AGENT
Immigration and Customs Enforcement

11  One the basis of the facts presented in the probable cause statement
12  consisting of two pages, I find probable cause to believe that the defendant, Jose
13  Maria SOTO-Basilio named in this probable cause statement committed the offense
14  on January 26, 2008, in violation of Title 21, United States Code, Section(s) 952 &
15  960.

*[signature]*                              1-27-08 @ 5:26 pm
Peter C. Lewis                             Date/Time
United States Magistrate Judge