```
                                        FILED
                                        FEB 2 1 2008
                                    CLERK, U.S. DISTRICT COURT
                                   SOUTHERN DISTRICT OF CALIFORNIA
                                   BY  GF              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0501-BTM |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine |
| JOSE MARIA SOTO-BASILIO, | ) | (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

On or about January 26, 2008, within the Southern District of California, defendant JOSE MARIA SOTO-BASILIO, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 23.56 kilograms (51.83 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 21, 2008 .

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:jam:Imperial
2/21/08