AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ CALIFORNIA

FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA
V.
Jose Maria Soto-Basilio

**WAIVER OF INDICTMENT**

CASE NUMBER: 2:08-MJ-08071-PCL
08CR 0501 · BTM

I, Jose Maria Soto-Basilio, the above named defendant, who is accused of

21 USC 952, 960
Importation of Controlled Substance

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/21/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
       *Judicial Officer*