Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052
Attorney for Defendant: Jose Mario Soto-Basilio

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (THE HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES GOVERNMENT, | Case No. 08CR-501-BTM |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR CONTINUANCE** |
| JOSE MARIA SOTO-BASILIO, | |
| Defendant, | |

**COMES NOW** the parties, Jeffrey D. Moore, Assistant United States Attorney, and Ezekiel E. Cortez, counsel for defendant, Jose Maria Soto-Basilio, respectfully requesting that the guilty plea hearing presently set for March 7, 2008 at 3:30 p.m. be continued until March 11, 2008 at 1:30 p.m.

Dated: 2/28/08               /S/ Jeffrey D. Moore by consent
                             JEFFREY D. MOORE
                             Assistant United States Attorney

Dated: 2/28/08               /S/ Ezekiel E. Cortez
                             EZEKIEL E. CORTEZ
                             Attorney for Defendant
                             Jose Maria Soto-Basilio

---

*Joint Motion for Continuance, U.S. v. Soto,* **08CR-501-BTM**

**1**

EZEKIEL E. CORTEZ
California State Bar # 112808
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 237-0309
Email: www.lawforjustice@aol.com

Attorney for Defendant: Jose Maria Soto-Basilio

# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (THE HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| United States of America,<br>　　　Plaintiff,<br>　　vs.<br>JOSE MARIA SOTO-BASILIO,<br>　　　Defendant, | Case No. 08-CR-501-BTM<br><br>**PROOF OF SERVICE** |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the Joint Motion for Continuance on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 28 February 2008　　　　　　　　　　　/S/Ezekiel E. Cortez
　　　　　　　　　　　　　　　　　　　　　　Ezekiel E. Cortez

---

*Joint Motion for Continuance, U.S. v. Soto,* **08CR-501-BTM**

**2**