IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE MARIA SOTO-BASILIO, ) <br> ) <br> Defendant, ) <br> ) <br> ) <br> _____ ) | Case No. 08CR-501-BTM <br><br> **ORDER GRANTING** <br> **JOINT MOTION FOR** <br> **CONTINUANCE** |

**IT IS HEREBY ORDERED,** that the hearing presently set for March 7, 2008 at 3:30 p.m. be continued until March 11, 2008 at 1:30 p.m.

Dated:   March 4, 2008

_____
HON. BARRY TED MOSKOWITZ
U.S. DISTRICT COURT JUDGE

---

*Order Granting Joint Motion for Continuance, U.S. v. Soto-Basilio,* **08CR-501-BTM**

1