Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, CA 92101
Tel  (619)237-0309 Fax (619)237-8052
Attorney for Defendant: Jose Mario Soto-Basilio

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (THE HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | Case No. 08CR-501-BTM |
| Plaintiff, ) | |
| vs. ) | **JOINT MOTION FOR** |
| ) | **CONTINUANCE** |
| JOSE MARIA SOTO-BASILIO, ) | |
| Defendant, ) | |
| ) | |
| _____ ) | |

**COMES NOW** the parties, James Melendres, Assistant United States Attorney, and Ezekiel E. Cortez, counsel for defendant, Jose Maria Soto-Basilio, respectfully requesting that the sentencing hearing presently set for June 4, 2008 at 9:00 a.m. be continued until June 18, 2008 at 9:00 a.m.


Dated: 5/12/08                    /S/ James Melendres by consent
                                 JAMES MELENDRES
                                 Assistant United States Attorney

Dated: 5/12/08                    /S/ Ezekiel E. Cortez
                                 EZEKIEL E. CORTEZ
                                 Attorney for Defendant
                                 Jose Maria Soto-Basilio

_____

*Joint Motion for Continuance, U.S. v. Soto,* **08CR-501-BTM**

**1**

EZEKIEL E. CORTEZ
California State Bar # 112808
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 237-0309
Email: www.lawforjustice@aol.com

Attorney for Defendant: Jose Maria Soto-Basilio

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (THE HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| United States of America, | ) Case No. 08-CR-501-BTM |
| Plaintiff, | ) |
| | ) **PROOF OF SERVICE** |
| vs. | ) |
| | ) |
| JOSE MARIA SOTO-BASILIO, | ) |
| Defendant, | ) |
| | ) |
| | ) |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the Joint Motion for Continuance on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: 12 May 2008                          /S/Ezekiel E. Cortez_____

                                           Ezekiel E. Cortez

*Joint Motion for Continuance, U.S. v. Soto,* **08CR-501-BTM**

**2**