# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (THE HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | Case No. 08CR-501-BTM |
| Plaintiff, ) | |
| vs. ) | **ORDER GRANTING** |
| ) | **JOINT MOTION FOR** |
| JOSE MARIA SOTO-BASILIO, ) | **CONTINUANCE** |
| Defendant, ) | |
| ) | |

**IT IS HEREBY ORDERED,** that the hearing presently set for June 4, 2008 at 9:00 a.m. be continued until June 18, 2008 at 9:00 a.m.

IT IS SO ORDERD.
Dated:   May 12, 2008

HON. BARRY TED MOSKOWITZ
U.S. DISTRICT COURT JUDGE