KAREN P. HEWITT
United States Attorney
GREGORY F. NOONAN
Assistant U.S. Attorney
California State Bar No. *Pending*
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
619 557-5790  (Telephone)/619 557-5551 (Fax)
Email: gregory.noonan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.    08CR0501-BTM |
| Plaintiff, | ) ) | |
| v. | ) ) | NOTICE OF APPEARANCE |
| JOSE MARIA SOTO-BASILIO, | ) ) | |
| Defendant. | ) ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case.

1.    None.

//

//

//

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

1.  James P. Melendres.

Please feel free to call me if you have any questions about this notice.

DATED:  May 13, 2008.

> KAREN P. HEWITT
> United States Attorney
>
>
> s/Gregory F. Noonan
> GREGORY F. NOONAN
> Assistant U.S. Attorney

Notice of Appearance                                              08CR0501-BTM
United States v. Jose Maria Soto-Basilio

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.    08CR0501-BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| JOSE MARIA SOTO-BASILIO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, , am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated May 13, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1.    Ezekiel Cortez, Attorney for Defendant Jose Maria Soto-Basilio.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on May 13, 2008.

<u>s/Gregory F. Noonan</u>
GREGORY F. NOONAN
Assistant U.S. Attorney

Notice of Appearance                                                         08CR0501-BTM
United States v. Jose Maria Soto-Basilio