Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052
Attorney for Defendant: Jose Mario Soto-Basilio

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (THE HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | Case No. 08CR-501-BTM |
| Plaintiff, ) | |
| vs. ) | **JOINT MOTION FOR CONTINUNACE OF SENTENCING HEARING** |
| JOSE MARIA SOTO-BASILIO, ) | |
| Defendant, ) | |

The parties, Gregory L. Noonan, Assistant United States Attorney, and Ezekiel E. Cortez, counsel for defendant, Jose Maria Soto-Basilio, respectfully requesting that the sentencing hearing presently set for June 18, 2008 at 9:00 a.m. be rescheduled to June 17, 2008 at 9:00 a.m.

Dated: 5/28/08         /S/ Gregory L. Noonan by consent
                       GREGORY L. NOONAN
                       Assistant United States Attorney

Dated: 5/28/08         /S/ Ezekiel E. Cortez
                       EZEKIEL E. CORTEZ
                       Attorney for Defendant
                       Jose Maria Soto-Basilio

---

EZEKIEL E. CORTEZ
California State Bar # 112808
1010 Second Avenue, Suite 1850
San Diego, California  92101
(619) 237-0309
Email: www.lawforjustice@aol.com

Attorney for Defendant: Jose Maria Soto-Basilio

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (THE HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| United States of America,           ) | Case No. 08-CR-501-BTM |
| Plaintiff,           ) | **PROOF OF SERVICE** |
| vs.           ) | |
| JOSE MARIA SOTO-BASILIO,           ) | |
| Defendant,           ) | |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the Joint Motion for Continuance of Sentencing Hearing on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 28, 2008                                           /S/Ezekiel E. Cortez
                                                                                Ezekiel E. Cortez

---

*Joint Motion for Continuance of Sentencing Hearing, U.S. v. Soto,* **08CR-501-BTM**

**2**