**FILED**
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | Case No. 08CR-501-BTM |
| Plaintiff, ) | |
| vs. ) | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| JOSE MARIA SOTO-BASILIO, ) | |
| Defendant, ) | |

GOOD CAUSE HAVING BEEN SHOWN, this Court grants the above-entitled motion.

Thus, THIS COURT ORDERS that sentencing hearing presently set for June 18, 2008 at 9:00 a.m. be rescheduled to June 17, 2008 at 9:00 a.m.

IT IS SO ORDERED.

Dated: 6/17/08

_____
HON. BARRY TED MOSKOWITZ
U.S. District Court Judge

---

*Order Granting Joint Motion To Continue Sentencing Hearing, U.S. v. Soto,* 08CR-501-BTM

1